UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELSA PENA,

     Plaintiff,

                                  Case No. 22-cv-11867

v.                                    Hon. Matthew F. Leitman

WAL-MART STORES EAST, L.P., *et al.*,

     Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND WITHOUT PREJUDICE

Plaintiff Celsa Pena first filed this action on July 12, 2022, in Wayne County Circuit Court.  (*See* Not., ECF No. 1.)  On August 12, Defendant filed a Notice of Removal to this Court.  (*See* Not., ECF No. 1.)  On that same day, Plaintiff moved to remand the case to state court.  (*See* Mot., ECF No. 3).  On August 26, 2022, the Court discussed the motion with the parties during an on-the-record status conference.

For the reasons stated on the record during the conference, Plaintiff's motion to remand is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                         s/Matthew F. Leitman
                         MATTHEW F. LEITMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  August 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126